Thomas Thibault (SBN 182,376)
tom@thibaultpatentgroup.com
THIBAULT PATENT GROUP
PO BOX 722112
San Diego, CA 92172
Telephone: 858-735-1097
Facsimile: 858-876-1516

Attorney for Plaintiffs: WORDLOGIC CORPORATION and 602531 BRITISH COLUMBIA LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

WORDLOGIC CORPORATION, a Nevada Corporation, and 602531 BRITISH COLUMBIA LTD., a Canadian limited liability company

Plaintiffs,

v.

TOUCHTYPE, INC. dba SWIFTKEY, a Delaware Corporation,

Defendant.

Case No. '14CV2448 BAS BGS

**COMPLAINT FOR PATENT INFRINGEMENT**
and
**DEMAND FOR JURY TRIAL**

## I. JURISDICTION AND VENUE

1. This action arises under the Patent Laws of the United States, Title 35 of the United States Code.

2. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

3. Venue is proper in this Judicial District under 28 U.S.C §§ 1391 and 1400(b).

## II. THE PARTIES

4. Plaintiff WORDLOGIC COPORATION ("WLC") is a corporation organized and existing under the laws of the state of Nevada, with a principal place of business at 1130 West Pender Street, Suite 230, Vancouver, British Columbia V6E 4A4, Canada.

5. Plaintiff 602531 BRITISH COLUMBIA LTD. ("602531") is a Canadian limited liability company with a principal place of business at 1130 West Pender Street, Suite 230, Vancouver, British Columbia V6E 4A4 Canada. Plaintiff 602531 is a wholly owned subsidiary of WLC.

6. WCL and 602531 (collectively "Plaintiffs") are informed and believe, and thereon allege, that Defendant TOUCHTYPE, INC. ("Defendant") is a corporation organized and existing under the laws of the State of Delaware, with a place of business of with a principal place of business at 21 Lawn Terrace, London, United Kingdom SE3 9LL and 261 Hamilton Ave, Suite 425, Palo Alto, California 94301.

7. Plaintiffs are informed and believe, and thereon allege, that Defendant conducts business in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere in the United States.

/ / /

### III. THE PATENTS

8. On October 8, 2013, the U.S. Patent and Trademark Office ("PTO") duly and lawfully issued U.S. Patent No. 8,552,984 entitled "Method, System, Apparatus, and Computer-Readable Media for Directing Input Associated with Keyboard-Type Device " (the "'984 Patent"). 602531 is the current owner by assignment of the '984 Patent. A copy of the '984 Patent is attached hereto as Exhibit A.

9. On March 16, 2010, the PTO duly and lawfully issued U.S. Patent No. 7,681,124 entitled "Date Entry for Personal Computing Devices" (the "'124 Patent"). 602531 is the owner by assignment of the '124 Patent. A copy of the '124 Patent is attached hereto as Exhibit B.

### IV. FACTS

10. Plaintiffs are a world leader in predictive text technology for computerized devices. Predictive text technology typically comprises software executed on a computing device that provides "completion candidates" in the form of one or more next letter(s), word(s) and/or phrases as a user enters text into a computing device.

11. Plaintiffs have been licensing and/or selling their predictive text technology since 2001. Plaintiffs operate their website http://www.wordlogic.com for information about their predictive text technology. Plaintiffs own many patents and pending patent applications. Many of the patents are foundational. Both the '984 Patent and the '124 Patent are foundational.

12. Both the '984 Patent and the '124 Patent are valid and enforceable.

13. Upon information and belief, Defendant has been in business since 2008. Defendant, who operates their website http://swiftkey.com/en/, is a direct competitor of Plaintiffs. Upon information and belief, Defendant has copied

many functional aspects and design features of Plaintiff's predictive text technology.

14. Defendant is aware of 602531's patents and has been in licensing discussions with Plaintiffs, including licensing the '984 Patent. License discussions broke down, yet Defendant has not terminated using, manufacturing, licensing, selling, or offering for sale its predictive text technology that infringes the '984 Patent and the '124 Patent.

15. Plaintiffs have not granted Defendant a license to make, use, sell, or offer for sale any claim of the '984 Patent or the '124 Patent.

## V. FIRST CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 8,552,984)

16. Plaintiffs repeat, reallege, and incorporate by reference the allegations set forth in paragraphs 1 through 15 of this Complaint.

17. This is a claim for patent infringement and arises under the Patent Laws of the United States, Title 35 of the United States Code.

18. Plaintiffs are informed and believe, and thereon allege, that Defendant has been, and currently is, directly infringing the '984 Patent, contributing to infringement of the '984 Patent, and/or inducing infringement of the '984 Patent by directly or indirectly making, using, selling, and/or offering to sell in the United States and/or importing into the United States software relating to predictive text technology for mobile devices, including, but not limited to, Defendant's "Keyboard" and "Note" applications, that are covered by at least one claim of the '984 Patent. Defendant's acts constitute infringement of the '984 Patent in violation of 35 U.S.C. § 271.

19. Defendant has been and is currently committing these acts of infringement without license or other authorization from Plaintiffs.

20. Defendant's infringement has been and continues to be intentional, knowing, willful, and deliberate, with full knowledge of Plaintiffs' rights.

21. Plaintiffs are informed and believe, and thereon allege, that Defendant's infringement will continue unless enjoined by this Court.

22. Plaintiffs are informed and believe, and thereon allege, that Defendant's have derived and received, and will continue to derive and receive, gains, profits, and advantages from the aforesaid acts of infringement in an amount that is not presently known to Plaintiffs.

23. As a direct and proximate consequence of Defendant's infringement of the '984 Patent, Plaintiffs have suffered, and will continue to suffer, damages in an amount not yet determined.

24. Because of the aforesaid infringing acts, Plaintiffs have suffered and continue to suffer great and irreparable injury, for which Plaintiffs have no adequate remedy at law.

25. Pursuant to 35 U.S.C. § 284, Plaintiffs are entitled to damages for infringement and treble damages together with interest and costs.

26. Pursuant to 35 U.S.C. § 285, Plaintiffs are entitled to reasonable attorneys' fees for bringing this action.

## VI.  SECOND CLAIM FOR RELIEF
### (Infringement of U.S. Patent No. 7,681,124)

27. Plaintiffs repeat, reallege, and incorporate by reference the allegations set forth in paragraphs 1 through 26 of this Complaint.

28. This is a claim for patent infringement and arises under the Patent Laws of the United States, Title 35 of the United States Code.

29. Plaintiffs are informed and believe, and thereon allege, that Defendant has infringed the '124 Patent, contributed to infringement of the '124 Patent, and/or induced infringement of the '124 Patent by directly or indirectly

making, using, selling, and/or offering to sell in the United States and/or importing into the United States software relating to predictive text technology for mobile devices, including, but not limited to, Defendant's "Keyboard" and "Note" applications, that are covered by at least one claim of the '124 Patent. Defendant's acts constitute infringement of the '983 Patent in violation of 35 U.S.C. § 271.

30. Defendant has committed these acts of infringement without license or other authorization from Plaintiffs.

31. Defendant's infringement was intentional, knowing, willful, and deliberate, with full knowledge of Plaintiffs' rights.

32. Plaintiffs are informed and believe, and thereon allege, that Defendant has derived and received gains, profits, and advantages from the aforesaid acts of infringement in an amount that is not known to Plaintiffs presently.

33. As a direct and proximate consequence of Defendant's infringement of the '983 Patent, Plaintiffs have suffered damages in an amount not yet determined.

34. Pursuant to 35 U.S.C. § 284, Plaintiffs are entitled to damages for infringement and treble damages together with interest and costs.

35. Pursuant to 35 U.S.C. § 285, Plaintiffs are entitled to reasonable attorneys' fees for bringing this action.

**WHEREFORE**, Plaintiffs seek relief as follows:

A. That the Defendant be adjudged to have infringed the '984 Patent.

B. That the Defendant be adjudged to have infringed the '124 Patent.

C. That the Defendant be adjudged to have willfully and deliberately infringed the '984 and/or '124 Patents.

D. That Defendant, its respective officers, directors, agents, servants, employees and attorneys, and all those persons in active concert or participation with them who receive actual notice of the order, be enjoined from directly or indirectly infringing the '984 Patent and the '124 Patent.

E. That a judgment be entered against the Defendant awarding Plaintiffs all damages proven at trial, and in no event less than a reasonable royalty for infringement of the '984 and '124 Patents.

F. That the damages in this judgment be trebled for Defendant's knowing, intentional, and willful infringement of the '984 Patent and the '124 Patent pursuant to 35 U.S.C. § 284.

G. That there be an assessment of pre-judgment and post-judgment interest, attorney's fees and costs against the Defendant and in favor of Plaintiffs, and an award of this interest, attorney's fees and costs to Plaintiffs.

H. That this be judged an "exceptional" case within the meaning of 35 U.S.C. § 285, and that Plaintiffs be awarded its attorneys' fees pursuant thereto, recoverable from the Defendant.

I. For such other and further relief as this Court may deem just.

THIBAULT PATENT GROUP

Dated: Oct. 14, 2014    By: _____
Thomas Thibault

Attorney for Plaintiffs
WORDLOGIG CORPPORATION and
602531 BRITISH COLUMBIA LTD.

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a trial by jury on all issues so triable.

THIBAULT PATENT GROUP

Dated: Oct. 14, 2014      By: _____
Thomas Thibault

Attorney for Plaintiffs
WORDLOGIC CORPORATION and
602531 BRITISH COLUMBIA LTD.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Wordlogic Corporation and 602531British Columbia LTD.

### DEFENDANTS
Touchtype, Inc. dba Swiftkey

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas Thibault
PO Box 722112
San Diego, CA 92172

Attorneys *(If Known)*

**'14CV2448 BAS BGS**

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** / **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
35 U.S. Code § 271
Brief description of cause:
Patent Infringement

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 10/14/2014
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE